

Nicholas A. Brown
Tel 415.655.1271
Fax 415.420-5609
brownn@gtlaw.com

June 21, 2021

VIA EMAIL

Philip W. Marsh
Arnold & Porter
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-2112
Philip.Marsh@arnoldporter.com

Re:   SunSpec's Infringement of Tigo Energy's Patents

Dear Phil:

I am writing in response to your letter dated June 9, 2021, which responds to Tigo's May 20, 2021 letter to the SunSpec Alliance.

First, contrary to the statements in your letter, Tigo has extensive evidence that SunSpec is inducing infringement of Tigo's patents by actively encouraging its members to practice the SunSpec RSD Specification without a license. Tigo hopes to resolve this matter informally but is prepared to formally present its evidence of infringement if that becomes necessary.

Second, you appear to have misread Tigo's May 20, 2021 letter. That letter states very clearly that "SunSpec must notify its members that they need a license from Tigo to manufacture, use, import, sell, or offer to sell rapid shutdown devices that practice the RSD Specification."

That should not be difficult. Please let me know promptly whether or not SunSpec is willing to take this simple step.

Sincerely,

*Nicholas Brown*

Nicholas A. Brown