| | |
|---|---|
| Nicholas A. Brown (SBN 198210) | Philip W. Marsh (SBN 276383) |
| nicholas.brown@gtlaw.com | *Philip.Marsh@arnoldporter.com* |
| GREENBERG TRAURIG, LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 101 Second St. Ste. 2200 | 3000 El Camino Real |
| San Francisco, CA 94105 | Five Palo Alto Square, Suite 500 |
| Phone: (415) 655-1300 | Palo Alto, CA 94306-3807 |
| Facsimile: (415) 520-5609 | Telephone: 650.319.4500 |
| | Facsimile: 650.319.4700 |
| Attorneys for Plaintiff Tigo Energy Inc. | |
| | Attorneys for Defendant SunSpec Alliance |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGO ENERGY INC., | Case No. 3:23-cv-00762-WHO |
| Plaintiffs, | **STIPULATION REQUESTING THE COURT MAINTAIN THE STAY** |
| v. | |
| SUNSPEC ALLIANCE, | |
| Defendant. | |

1  Pursuant to Civil Local Rule 6.2, Plaintiff Tigo Energy Inc. ("Tigo"), and Defendant SunSpec Alliance ("SunSpec") jointly hereby jointly request that the Court extend the stay in this case established by the Court's order on January 4, 2024, Dkt. No. 50. ("Stay Order").

The Stay Order stayed this case pending review by the U.S. Court of Appeals for the Federal Circuit in Appeal No. 2023-1741 of the Final Written Decision on inter partes review ("IPR") in IPR2021-01286 by the Patent Trial and Appeals Board ("PTAB") concerning U.S. Patent No. 8,933,321, which is the patent asserted in this case.

The Federal Circuit resolved Appeal No. 2023-1741 on August 5, 2025, by affirming-in-part, vacating-in-part, and remanding-in part the decision in IPR2021-01286. The Federal Circuit's judgment is attached as Exhibit A.

In light of the decision to remand-in-part, Tigo and SunSpec hereby stipulate that (1) the Court should extend the stay of this action until the PTAB resolves the remand of IPR2021-01286; and (2) the parties shall notify the Court within two weeks of the PTAB resolving the remand of IPR2021-01286.

DATED: August 27, 2025

**GREENBERG TRAURIG, LLP**

By: */s/ Nicholas A. Brown*

Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1271
Facsimile: (415) 520-5609

Counsel for Plaintiff Tigo Energy Inc.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ by permission*
Philip W. Marsh (SBN 276383)
Philip.Marsh@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real, Five Palo Sq., Suite 500
Palo Alto, CA 94306
Telephone: 650.319.4733
Counsel for Defendant SunSpec Alliance

**CERTIFICATION**

I, Nicholas Brown, hereby attest that consent to the filing of this document was obtained from Philip W. Marsh on behalf of the Defendant.

                                           */s/ Nicholas A. Brown*

                                               Nicholas A. Brown

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:

                                               _____