# United States Court of Appeals for the Federal Circuit

---

**SUNSPEC ALLIANCE,**
*Appellant*

v.

**TIGO ENERGY, INC.,**
*Appellee*

---

2023-1741, 2023-1742

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01286, IPR2021-01287.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED-IN-PART**

FOR THE COURT

August 5, 2025
Date

Jarrett B. Perlow
Clerk of Court