1  Nicholas A. Brown (SBN 198210)
   nicholas.brown@gtlaw.com
2  GREENBERG TRAURIG, LLP
3  101 Second St. Ste. 2200
   San Francisco, CA 94105
4  Phone: (415) 655-1300
   Facsimile: (415) 520-5609
5
6  *Attorneys for Plaintiff Tigo Energy Inc.*

Philip W. Marsh (SBN 276383)
*Philip.Marsh@arnoldporter.com*
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone:   650.319.4500
Facsimile:   650.319.4700

*Attorneys for Defendant SunSpec Alliance*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGO ENERGY INC., <br><br>         Plaintiffs, <br><br> v. <br><br> SUNSPEC ALLIANCE, <br><br>         Defendant. | Case No. 3:23-cv-00762-WHO <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate that this case, including all claims, counterclaims, and defenses, should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).  Each party shall bear their own costs and fees.  This stipulation of dismissal is signed by all parties who have appeared.

DATED:  October 23, 2025

**GREENBERG TRAURIG, LLP**

By:     */s/ Nicholas A. Brown*

Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1271
Facsimile: (415) 520-5609

Counsel for Plaintiff Tigo Energy Inc.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:     */s/ by permission*
Philip W. Marsh (SBN 276383)
Philip.Marsh@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real, Five Palo Sq., Suite 500
Palo Alto, CA 94306
Telephone: 650.319.4733
Counsel for Defendant SunSpec Alliance

## **CERTIFICATION**

I, Nicholas Brown, hereby attest that consent to the filing of this document was obtained from Philip W. Marsh on behalf of the Defendant.

    */s/ Nicholas A. Brown*
Nicholas A. Brown

**[PROPOSED] ORDER**

This case, including all claims, counterclaims, and defenses, is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: _____     _____

                                                                                                The Honorable William H. Orrick
United States District Judge