| | |
|---|---|
| Nicholas A. Brown (SBN 198210) | Philip W. Marsh (SBN 276383) |
| nicholas.brown@gtlaw.com | Philip.Marsh@arnoldporter.com |
| GREENBERG TAURIG, LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 101 Second St. Ste. 2200 | 3000 El Camino Real |
| San Francisco, CA 94105 | Five Palo Alto Square, Suite 500 |
| Phone: (415) 655-1300 | Palo Alto, CA 94306-3807 |
| Facsimile: (415) 520-5609 | Telephone: 650.319.4500 |
| | Facsimile: 650.319.4700 |
| *Attorneys for Plaintiff Tigo Energy Inc.* | |
| | *Attorneys for Defendant SunSpec Alliance* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGO ENERGY INC., | Case No. 3:23-cv-00762-WHO |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SUNSPEC ALLIANCE, | |
| Defendant. | |

1  The parties hereby stipulate that this case, including all claims, counterclaims, and
2  defenses, should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).  Each party shall
3  bear their own costs and fees.  This stipulation of dismissal is signed by all parties who have
4  appeared.

6  DATED:  October 23, 2025

**GREENBERG TRAURIG, LLP**

By:   */s/ Nicholas A. Brown*

Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1271
Facsimile: (415) 520-5609

Counsel for Plaintiff Tigo Energy Inc.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:   */s/ by permission*
Philip W. Marsh (SBN 276383)
Philip.Marsh@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real, Five Palo Sq., Suite 500
Palo Alto, CA 94306
Telephone: 650.319.4733
Counsel for Defendant SunSpec Alliance

## **CERTIFICATION**

I, Nicholas Brown, hereby attest that consent to the filing of this document was obtained from Philip W. Marsh on behalf of the Defendant.

   */s/ Nicholas A. Brown*
Nicholas A. Brown

**ORDER**

This case, including all claims, counterclaims, and defenses, is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: November 3, 2025



The Honorable William H. Orrick
United States District Judge